UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 17 CR 001 |
| V. | ) | |
| | ) | Honorable Charles R. Norgle |
| DAVID LIEW, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

Having considered the Defendant's Agreed Motion to Modify Conditions of Release (Dkt. No. 60), and for good cause shown, the Defendant's Motion is granted, and the Order Setting Conditions of Release (Dkt. No. 22) is hereby modified to remove any restrictions on the Defendant's international travel, and that all other conditions of release shall remain in place.

Date: 5/29/19

Honorable Charles R. Norgle
United States District Judge